IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                         CASE NO. 4:13-CR-40021-002

JAMES L. BLOCK,
aka "Booty"                                                                            DEFENDANT

## ORDER

    Before the Court is the government's Motion to Dismiss Counts 1 and 6. ECF No. 166. The government moves the Court to dismiss Counts 1 and 6 of the Second Superseding Indictment filed in this case case against Defendant James L. Block. Upon consideration, the Court finds that Counts 1 and 6 of the Second Superseding Indictment filed in this case against Defendant James L. Block should be and hereby are **DISMISSED**.

    IT IS SO ORDERED, this 28th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge